## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

IN THE MATTER OF THE ARREST OF:

Donteh Devoe, a/k/a d [REDACTED] @gmail.com, DOB 9/17/78

Case No. 3:20-mj-00221-DMS

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Lisa Watson, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application for a criminal complaint and arrest warrant charging DONTEH DEVOE, a/k/a d [REDACTED] @gmail.com, with violations of 18 U.S.C. § 2251(a)(1) (sexual exploitation of children, production of child pornography); 18 U.S.C. § 2252A(a)(2) (receipt of child pornography); 18 U.S.C. § 2252A(a)(5) (possession of child pornography); and 18 U.S.C. § 2422(b) (coercion and enticement of a minor).

2. The facts set forth in this affidavit are based on my personal knowledge; knowledge obtained from other individuals, including other law enforcement officers; interviews of persons with knowledge of the crimes; communications with others who have personal knowledge of the events and circumstances described herein; and information gained through my training and experience. Because this affidavit is

submitted for the limited purposes of establishing probable cause to support a complaint and securing an arrest warrant, I have not included each and every fact known to me during this investigation. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and attached Complaint.

3. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI), and have been since January 2010. In this assignment I have investigated a number of violations of United States Code. I am currently assigned to the FBI Anchorage Field Office, and specifically assigned to work violent crimes against children and human trafficking investigations, including but not limited to internet crimes against children, online enticement of children, child pornography possession and distribution, and commercial sexual exploitation of children. I have also conducted investigations of civil rights violations and public corruption. I have conducted and participated in numerous search warrants, arrest warrants, and interviews of people involved in various crimes.

## RELEVANT STATUTES

4. The following statutes are relevant to this affidavit:

 a. 18 U.S.C. § 2251(a)(1) and (e) prohibits any person who employs, uses, persuades, induces, entices or coerces any minor to engage in, or who has a minor assist any other person to engage in, or who transports any minor in of affection interstate or foreign commerce, or in any Territory or Possession of United States, with the intent that such minor engage

in, any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct.

b. 18 U.S.C. § 2252A(a)(2) provides, in relevant part, that any person who knowingly receives, or distributes, any child pornography that has been mailed, or using any means and facility of interstate and foreign commerce shipped or transported in or affecting interstate or foreign commerce by any means, including by computer; or any material that contains child pornography that has been mailed, or using any means and facility of interstate or foreign commerce shipped or transported in or affecting interstate or foreign commerce, including by computer, shall be guilty of a federal offense.

c. 18 U.S.C. § 2252A(a)(5), provides, in relevant part, that any person who possesses, or knowingly access with intent to view, any book, magazine, periodical, film, videotape, computer disk, or any other material that contains an image of child pornography that has been mailed, or shipped or transported using any means and facility of interstate and foreign commerce or in and affecting interstate and foreign commerce by any means, including by computer, or that was produced using materials that have been mailed, or shipped, or transported in or affecting interstate or

foreign commerce by any means, including by computer, shall be guilty of a federal offense.

d. 18 U.S.C. §§ 2422(b) states that whoever knowingly persuades, induces, entices, or coerces any individual to engage in any sexual activity for which any person can be charged with a criminal offense, or attempts to do so, shall be fined under this title, or imprisoned, or both.

## PROBABLE CAUSE

5. On January 29, 2020, Anchorage Police Department (APD) received a report from the Office of Children's Services (OCS), which came from an anonymous reporter, indicating that a 17 year old (hereinafter referred to as Minor Victim) was having a sexual relationship with her biological father, DONTEH DEVOE. This report also indicated that there were text messages corroborating the relationship.

6. APD made contact with Minor Victim at her school in Anchorage, Alaska, in an attempt to interview her. Upon contact, Minor Victim became extremely agitated and defensive. During this contact, Minor Victim made a statement that the legal age of sexual consent is 16 years old. The interviewing detective advised Minor Victim that she was correct, except when the person she was having sex with was her biological father. This provoked extreme aggression from Minor Victim, and she struggled with the officers, attempted to grab one of the officer's guns, and made suicidal statements. Minor Victim was transported for a psychological evaluation, which resulted in her

admittance to North Star Behavioral Health System (NSBHS). APD seized Minor Victim's Apple iPhone pending an application of a search warrant.

7. K.R., Minor Victim's mother, confirmed Devoe was Minor Victim's biological father, as a result of a "one night stand". Minor Victim began living with Devoe at the beginning of the 2019/2020 school year, following her recent move to Alaska from another state.

8. The person who filed the report to OCS was identified (hereinafter referred to as Minor Witness) and contacted by APD. Minor Witness reported having a conversation with Minor Victim, where Minor Victim disclosed she was having a sexual relationship with Devoe. Minor Victim disclosed to Minor Witness that Devoe had sent her pictures of his penis while Minor Victim was in school, causing her to change Devoe's name in her contacts so no one would know it was her father.

9. APD contacted Devoe in an attempt to interview him. Devoe met with APD detectives at the APD building, but declined to comment about the situation. Devoe made a statement that his cellphone was in his truck, which he had driven to the APD building. APD seized the truck, pending an application for a search warrant. A search warrant was obtained, and Devoe's iPhone was collected from the truck.

10. On January 30, 2020, an APD detective met with Minor Victim with an OCS worker, under the guise of also being an OCS worker. Minor Victim disclosed at least two incidents where she and Devoe had sexual contact in October 2019. Minor Victim said that on one occasion she performed oral sex on Devoe while he was asleep.

On a second occasion she said that she climbed into Devoe's bed and initiated vaginal sex with him, which he initially refused.

11. While in NSBHS, Minor Victim wrote several letters to Devoe, between January 30 and February 3, 2020. In those letters, Minor Victim referenced her sexual contact with Devoe, the pictures on their cell phones, and the need for them to confirm their accounts of what happened. Among the statements made by the Minor Victim in the letters were the following:

    a. "That we only had oral sex once from me to you and I initiated it."

    b. "They also know about the one time we had intercourse."

    c. "But when they do get in our phones they will see the pictures."

    d. "I told . . . my friend . . . we had sex more than one. That was a lie. Im so sorry.

    e. ""Im going to say 'I meant that I sent you pictures but you didnt ask for them and didnt force me too. [sic] Im trying to cover all my bases.'"

    f. "I hope you are remembering these facts. I'm sticking to this story. B/c this is our truth. As far as the vaginal sex this is what Im going to say."

12. On February 7, 2020, APD obtained a search warrant for Devoe and Minor Victim's iCloud accounts (3AN-20483-SW). Devoe's iCloud account is associated with the email address d [REDACTED] @gmail.com. iCloud is a cloud storage and cloud computing service from Apple Inc. launched on October 12, 2011. The service provides its users with means to store data such as documents, photos, videos, and music on

3:20-mj-00221-DMS          6

Case 3:20-mj-00221-DMS   Document 1-1   Filed 05/01/20   Page 6 of 10

remote servers for download to iOS, Macintosh or Windows devices, to share and send data to other users, and to manage their Apple devices if lost or stolen. The service also provides the means to wirelessly back up iOS devices, such as Apple iPhones directly to iCloud, instead of being reliant on manual backups.

13. During the review of those iCloud accounts, APD observed numerous text messages sent between Devoe and Minor Victim's cell phones. These messages were sent through the Devoe and Minor Victim's iPhones or another internet-connected devices. The internet is a means and facility of interstate and foreign commerce. iPhones are not manufactured in the State of Alaska.

14. Per the iCloud accounts, on September 30, 2019, Devoe and Minor Victim engaged in a text communication, which contained the following excerpts:

> DD: "Send it...."
>
> MV: "Not a good idea"
>
> DD: "Send it...."
>
> MV: image only sent (IMG_0626 is a topless black female with exposed breasts wearing black underwear with pink bracelet/hairband on wrist)
>
> DD: "Ahhhh..... Lower...", loved an image
>
> MV: image only sent (IMG_0631 is of what appears to be the same female, shows the female with her hand with the bracelet/hairband inside her underwear touching her vagina)
>
> DD: "Off...."

3:20-mj-00221-DMS 7

MV: image only sent (IMG_0634 is of what appears to be the same female, shows black underwear pulled toward the female's feet, slightly exposing the top of her vaginal area and pubic hair)

DD: "Continue"

MV: image only sent (IMG_0635 is of what appears to be the same female, shows the female, with the bracelet/hairband using her middle finder and ring finger to digitally penetrate her vagina)

DD: "Reverse angle please."

MV: "Can't…"

DD: "Yes you can…"

MV: "Period"

DD: "So." "Uncomfortable?"

MV: image only sent (IMG_0638 is of what appears to be the same female, showing her vagina from the point of view from between her legs toward her head and the pink bracelet/hairband can be seen)

MV: image only sent (IMG_0642 is of what appears to be the same female, shows her without any clothes on taking a picture of herself showing her breast and vagina with her arms extended above her)

DD: "Is that why you say…. you want me?"

MV: "Yes"

> DD: "To do...?"
>
> MV: "Whatever you want"

15. Per the iCloud accounts, on October 1, 2019, Devoe and Minor Victim engage in a text communication, which contained the following excerpts:

> MV: "I want you", "Inside", "I want you rn", "I love you", "I miss you"
>
> DD: "I love you too mama...?"
>
> MV: "I never got mine"
>
> DD: image only sent (FullSizeRender.jpg is a closeup image of a black erect penis on a partial white background)
>
> MV: Loved an image

16. APD obtained search warrants for Devoe and Minor Victim's cell phones (search warrants 3AN-20-518SW and 3AN-20-519SW) on or around February 11, 2020 and they were forensically extracted by APD. During the review of the report of Devoe's cell phone extraction, several of the images described above (IMG_0626, 0631, 0634, 0635, 0638, and FullSizeRender.jpg) were observed within the report's "image" folder.

17. On or around February 13, 2020, Devoe was charged and arrested by APD on multiple counts of incest, sexual assault of a minor, and child pornography charges. Devoe remains in custody at this time.

## CONCLUSION

61. I submit that this affidavit supports probable cause to believe that DONTEH DEVOE, a/k/a d [REDACTED] @gmail.com, committed violations of 18 U.S.C. § 2251(a)(1) (sexual exploitation of children, production of child pornography); 18 U.S.C. § 2252A(a)(21) (receipt of child pornography); 18 U.S.C. § 2252A(a)(5) (possession of child pornography); and 18 U.S.C. § 2422(b) (coercion and enticement of a minor), and respectfully ask this Court to authorize the attached Criminal Complaint and accompanying Arrest Warrant.

Respectfully submitted,

LISA WATSON
Special Agent, FBI
Child Exploitation Task Force

Subscribed and sworn to ~~before me~~ telephonically DS
before this 1 day of ~~April~~ May, 2020.

HON. DEBORAH M. SMITH
UNITED STATES MAGISTRATE JUDGE